UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

CIVIL ACTION NO. 2006-62 (WOB)

TIM IRWIN, Derivatively and
on Behalf of Nominal Defendant,
Omnicare, Inc.                                              PLAINTIFF

VS.                        JUDGMENT

JOEL F. GEMUNDER, ET AL                                    DEFENDANTS


Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that the amended complaint be, and is hereby, **DISMISSED WITHOUT PREJUDICE**, and this matter is hereby **STRICKEN** from the docket of this court.

This 20th day of November, 2006.

*William O. Bertelsman*

WILLIAM O. BERTELSMAN, JUDGE